JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BENNIE JEVON NERO,** | ) | NO. CV 12-9043-GAF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **R. GROUNDS, WARDEN,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 15, 2014.

*/s/ Gary Feess*
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**